**Electronically Filed
Supreme Court
SCWC-14-0000870
21-NOV-2019
09:53 AM**

SCWC-14-0000870

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROBERT GRINPAS and ESTHER GRINPAS,
Respondent/Plaintiffs-Appellees/Cross-Appellees,

vs.

KAPAA 382, LLC, a Hawaiʻi Limited Liability Company;
KULANA PARTNERS, LLC, a Hawaiʻi Limited Liability Company;
Petitioner/Defendant-Third-Party Plaintiff-Appellee/
Cross-Appellant; and WILLIAM R. HANCOCK,
Defendant-Appellant/Cross-Appellee.

------------------------------------------------------------------

KULANA PARTNERS, LLC.,
Defendant/Third-Party Plaintiff/Cross-Appellant,

vs.

WILLIAM R. HANCOCK, Trustee of HANCOCK AND CO., INC.,
PROFIT SHARING TRUST under trust instrument April 3, 1993,
Third-Party Defendant/Appellant/Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000870; 5CC071000132)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner Kulana Partners, LLC's application for writ of certiorari, filed on October 7, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 21, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson